ACCEPTED
04-15-00087-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/20/2015 4:14:09 PM
KEITH HOTTLE
CLERK

E-FILED
IN MATTERS PROBATE
Accepted: 2/20/2015 1:49:18 PM
GERARD RICKHOFF
CLERK PROBATE COURTS
BEXAR COUNTY, TEXAS
BY:_____
ROXANNE STRAIT

## CAUSE NO. 155,572

| | | |
|---|---|---|
| ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| SHIRLEY L. BENSON, | § | NO. 2 |
| | § | |
| Deceased, | § | BEXAR COUNTY, TEXAS |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/20/2015 4:14:09 PM
KEITH E. HOTTLE
Clerk

## CAUSE NO. 155,572-A

| | | |
|---|---|---|
| RENEE BENSON | § | IN THE PROBATE COURT |
| | § | |
| V. | § | |
| | § | NO. 2 |
| THOMAS MILTON BENSON, JR. | § | |
| As Trustee of the | § | |
| SHIRLEY L. BENSON | § | BEXAR COUNTY, TEXAS |
| TESTAMENTARY TRUST | § | |

## NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

Respondent-Trustee THOMAS MILTON BENSON, JR. hereby gives notice that he desires to appeal from the Amended Order Granting Injunction, Suspending Trustee & Appointing Limited Temporary Co-Receivers with Restrictions signed on February 18, 2015 in Cause No. 155,572; *Estate of Shirley L. Benson, Deceased* and Cause No. 155,572-A, *Renee Benson v. Thomas Milton Benson, Jr., as Trustee of the Shirley L. Benson Testamentary Trust*; in the Probate Court Number 2 of Bexar County, Texas. This order modifies a prior order, which is already on appeal in No. 04-15-00087-CV. *See* Tex. R. App. P. 27.3.

This accelerated appeal will be to the San Antonio Court of Appeals. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(1); Tex. R. App. P. 28.1(a).

1884.1/556909

Submitted on: 2/19/2015 4:45:21 PM

February 19, 2015

Respectfully submitted,

**BECK│REDDEN LLP**

By: */s/ David J. Beck*
David J. Beck
State Bar No. 00000070
Russell S. Post
State Bar No. 00797258
Troy Ford
State Bar No. 24032181
Owen J. McGovern
State Bar No. 24092804
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone:   (713) 951-3700
Telecopier:   (713) 951-3720

And

**STONE PIGMAN WALTHER
WITTMANN L.L.C.**
Phillip A Wittmann
(Admitted *pro hoc vice*)
546 Carondelet Street
New Orleans, Louisiana 70130-3558
Telephone: (504) 581-3200
Telecopier: (504) 581-3361

**ATTORNEYS FOR TRUSTEE
THOMAS MILTON BENSON, JR.**
As Trustee of the
**SHIRLEY L. BENSON
TESTAMENTARY TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing document was served in compliance with the Texas Rules of Civil Procedure on February 19, 2015, on the following:

Bennett L. Stahl
**CURL STAHL GEIS**
**A PROFESSIONAL CORPORATION**
One Riverwalk Place
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
blstahl@csg-law.com

Emily Harrison Liljenwal
**SCHOENBAUM, CURPHY & SCANLAN, P.C.**
112 E. Pecan, Suite 3000
San Antonio, Texas 78205
eliljenwall@scs-law.com

**ATTORNEYS FOR PETITIONER**
**RENEE BENSON**

*/s/ David J. Beck*
**DAVID J. BECK**